Helen F. Dalton & Associates, P.C.
Roman Avshalumov, Esq.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AGUSTIN MENDEZ, individually and on behalf of all others similarly situated,

                      Plaintiff,

   -against-

LDA CONSTRUCTION AND DESIGN GROUP, INC. and
ANTHONY CRECCO, as an individual,

                      Defendants.
-----------------------------------------------------------------X

20-CV-6602

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, as against all Defendants, without prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: September 24, 2020
      Kew Gardens, New York

_____
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415

*The Clerk of Court is respectfully requested to close this case.

SO ORDERED

_____
Hon. District Judge Philip M. Halpern

This 25th day of September, 2020